| DOCUMENTS UNDER SEAL ☒ | | TOTAL TIME (mins): 9 min. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR: 11:05 - 11:14 |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>5/21/08 | NEW CASE ☐ | CASE NUMBER<br>08-mj-70284 PVT |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Khan Quoc Tieu | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Cynthia Lie | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>S. Yen | INTERPRETER<br>Vietnamese - L. Musfelt | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS   ☐ ADVISED OF CHARGES   ☐ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION   ☐ ARRAIGNED ON INDICTMENT   ☐ READING WAIVED SUBSTANCE   ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED    ☐ CASH  $        CORPORATE SECURITY ☐        REAL PROPERTY: ☐

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED   ☐ NOT GUILTY   ☐ GUILTY   GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   OTHER:

### CONTINUANCE

| TO:<br>5/29/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Patricia V. Trumbull | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

DETENTION HEARING CONTINUED TO 5/29/08 AT 9:30 AM. DEFENDANT WAIVES TIME FOR AN ADDITIONAL 2 WEEKS FOR PRELIMINARY HEARING/ARRAIGNMENT SO THE DEFENSE CAN RESOLVE ATTORNEY ISSUES. THE GOVERNMENT TO SUBMIT PROPOSED ORDER ON WAIVER OF TIME.
On 6/12/08 AT 9:30 AM FOR PRELIMINARY HEARING/ARRAIGNMENT BEFORE MAGISTRATE SEEBORG     cc: MPB