1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5081
      E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR 08-70284 PVT
                                      )
15       Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING PRELIMINARY
16       v.                           )   HEARING/ARRAIGNMENT AND
                                      )   EXCLUDING TIME FROM RULE 5.1
17                                    )   AND THE SPEEDY TRIAL ACT
    KHAN QUOC TIEU,                   )   CALCULATION (18 U.S.C.
18                                    )   § 3161(h)(8)(A))
         Defendant.                   )
19  _____    )

20       This matter is scheduled before the Court for preliminary hearing or arraignment on June

21  26, 2008.  Due the parties' on-going discussions regarding pre-charge negotiation and discovery

22  in this case, the parties respectfully request that defendant's preliminary hearing or arraignment

23  be continued until July 17, 2008.  The parties agree, and the Court finds and holds, as follows:

24       1.      Defendant's preliminary hearing or arraignment is continued to July 17, 2008.

25       2.      Time is excluded under Rule 5.1 from June 26, 2008 and July 17, 2008 in order to

26  allow defense counsel time to confer with her client and to conduct additional pre-charge

27  investigation.  The parties agree that the continuance is proper under Rule 5.1 of the Federal

28  Rules of Criminal Procedure and 18 U.S.C. § 3060.

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT

1       2.      The time between June 26, 2008 and July 17, 2008 is excluded under the Speedy
2 Trial Act.  The parties agree that the failure to grant the requested \would unreasonably deny
3 defense counsel reasonable time necessary for effective preparation, taking into account the
4 exercise of due diligence.  The parties agree that the ends of justice served by granting the
5 requested continuance outweigh the best interest of the public and the defendant in a speedy trial
6 and in the prompt disposition of criminal cases.  18 U.S.C. §  3161(h)(8)(A).
7 IT IS SO STIPULATED:
8 DATED:_____6/20/08_____      _____/s/_____
   ALEX PARK
9    Attorney for Defendant Tieu
10
11 DATED:_____6/23/08_____      _____/s/_____
   JOSEPH A. FAZIOLI
12    Assistant United States Attorney
13 IT IS SO ORDERED.
14 DATED:_____      _____
   RICHARD SEEBORG
15    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT