1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
7  Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
8  E-Mail: joseph.fazioli@usdoj.gov

   Attorneys for the United States

FILED
JUN 24 2008
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,         )   No. CR 08-70284 PVT
                                  )
      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING PRELIMINARY
   v.                             )   HEARING/ARRAIGNMENT AND
                                  )   EXCLUDING TIME FROM RULE 5.1
                                  )   AND THE SPEEDY TRIAL ACT
KHAN QUOC TIEU,                   )   CALCULATION (18 U.S.C.
                                  )   § 3161(h)(8)(A))
      Defendant.                  )
_____)

   This matter is scheduled before the Court for preliminary hearing or arraignment on June 26, 2008. Due the parties' on-going discussions regarding pre-charge negotiation and discovery in this case, the parties respectfully request that defendant's preliminary hearing or arraignment be continued until July 17, 2008. The parties agree, and the Court finds and holds, as follows:

   1.  Defendant's preliminary hearing or arraignment is continued to July 17, 2008.

   2.  Time is excluded under Rule 5.1 from June 26, 2008 and July 17, 2008 in order to allow defense counsel time to confer with her client and to conduct additional pre-charge investigation. The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT

2. The time between June 26, 2008 and July 17, 2008 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested \would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

DATED: 6/20/08

/s/
ALEX PARK
Attorney for Defendant Tieu

DATED: 6/23/08

/s/
JOSEPH A. FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/24/08

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT