JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70284 PVT |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT AND EXCLUDING TIME FROM RULE 5.1 AND THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    v. ) | |
| KHAN QUOC TIEU, ) | |
|    Defendant. ) | |

     This matter is scheduled before the Court for preliminary hearing or arraignment on July 17, 2008.  Due the parties' on-going discussions regarding pre-charge negotiation and discovery in this case, the parties respectfully request that defendant's preliminary hearing or arraignment be continued until August 14, 2008.  The parties agree, and the Court finds and holds, as follows:

     1.    Defendant's preliminary hearing or arraignment is continued to August 14, 2008.

     2.    Time is excluded under Rule 5.1 from July 17, 2008 and August 14, 2008 in order to allow defense counsel time to confer with her client and to conduct additional pre-charge investigation.  The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT

1    2.    The time between July 17, 2008 and August 14, 2008 is excluded under the
2 Speedy Trial Act. The parties agree that the failure to grant the requested \would unreasonably
3 deny defense counsel reasonable time necessary for effective preparation, taking into account the
4 exercise of due diligence. The parties agree that the ends of justice served by granting the
5 requested continuance outweigh the best interest of the public and the defendant in a speedy trial
6 and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).
7 IT IS SO STIPULATED:
8 DATED:_____7/15/08_____        _____/s/_____
                                    ALEX PARK
9                                    Attorney for Defendant Tieu
10
11 DATED:_____7/16/08_____        _____/s/_____
                                    JOSEPH A. FAZIOLI
12                                    Assistant United States Attorney
13 IT IS SO ORDERED.
14 DATED:_____        _____
                                    HOWARD R. LLOYD
15                                    UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT