```
JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5081
    E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70284 PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| KHAN QUOC TIEU, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Please take notice that the Assistant United States Attorney whose name, address, telephone number and email address are listed below is now assigned to be counsel for the government.

Assistant U.S. Attorney Joseph Fazioli<br>
150 Almaden Blvd., Suite 900<br>
San Jose, CA 95113<br>
Telephone: (408) 535-5061<br>
joseph.fazioli@usdoj.gov

DATED: August 11, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/s/_____
                                          JOSEPH A. FAZIOLI
                                          Assistant United States Attorney