JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-70284 PVT |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT AND EXCLUDING TIME FROM RULE 5.1 AND THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| KHAN QUOC TIEU, | |
| Defendant. | |

This matter is scheduled before the Court for preliminary hearing or arraignment on August 14, 2008. Due the parties' on-going discussions regarding pre-charge negotiation and discovery in this case, the parties respectfully request that defendant's preliminary hearing or arraignment be continued until August 14, 2008. The parties agree, and the Court finds and holds, as follows:

1. Defendant's preliminary hearing or arraignment is continued to September 4, 2008.

2. Time is excluded under Rule 5.1 from August 14, 2008 and September 4, 2008 in order to allow defense counsel time to confer with her client and to conduct additional pre-charge

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT

1  investigation. The parties agree that the continuance is proper under Rule 5.1 of the Federal
2  Rules of Criminal Procedure and 18 U.S.C. § 3060.
3      2.    The time between August 14, 2008 and September 4, 2008 is excluded under the
4  Speedy Trial Act. The parties agree that the failure to grant the requested would unreasonably
5  deny defense counsel reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence. The parties agree that the ends of justice served by granting the
7  requested continuance outweigh the best interest of the public and the defendant in a speedy trial
8  and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).
9  IT IS SO STIPULATED:
10 DATED:    8/11/08             /s/
                                   ALEX PARK
11                                 Attorney for Defendant Tieu
12
13 DATED:    8/11/08             /s/
                                   JOSEPH A. FAZIOLI
14                                 Assistant United States Attorney
15 IT IS SO ORDERED.
16 DATED:_____    _____
                                   RICHARD SEEBORG
17                                 UNITED STATES MAGISTRATE JUDGE