1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081
       E-Mail: joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,       )  No. CR 08-70284 PVT
                                     )
15 |     Plaintiff,                  )  STIPULATION AND [PROPOSED]
                                     )  ORDER CONTINUING PRELIMINARY
16 | v.                              )  HEARING/ARRAIGNMENT AND
                                     )  EXCLUDING TIME FROM RULE 5.1
17 |                                 )  AND THE SPEEDY TRIAL ACT
   KHAN QUOC TIEU,                   )  CALCULATION (18 U.S.C.
18 |                                 )  § 3161(h)(8)(A))
         Defendant.                  )
19 | _____    )

20      This matter is scheduled before the Court for preliminary hearing or arraignment on
21 August 14, 2008. Due the parties' on-going discussions regarding pre-charge negotiation and
22 discovery in this case, the parties respectfully request that defendant's preliminary hearing or
23 arraignment be continued until August 14, 2008. The parties agree, and the Court finds and
24 holds, as follows:
25      1.   Defendant's preliminary hearing or arraignment is continued to September 4,
26 2008.
27      2.   Time is excluded under Rule 5.1 from August 14, 2008 and September 4, 2008 in
28 order to allow defense counsel time to confer with her client and to conduct additional pre-charge

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT

1  investigation. The parties agree that the continuance is proper under Rule 5.1 of the Federal
2  Rules of Criminal Procedure and 18 U.S.C. § 3060.
3        2. The time between August 14, 2008 and September 4, 2008 is excluded under the
4  Speedy Trial Act. The parties agree that the failure to grant the requested would unreasonably
5  deny defense counsel reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence. The parties agree that the ends of justice served by granting the
7  requested continuance outweigh the best interest of the public and the defendant in a speedy trial
8  and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).
9  IT IS SO STIPULATED:
10 DATED:   8/11/08                    /s/
                                       ALEX PARK
11                                     Attorney for Defendant Tieu

13 DATED:   8/11/08                    /s/
                                       JOSEPH A. FAZIOLI
14                                     Assistant United States Attorney

15 IT IS SO ORDERED.
16 DATED: 8/12/08
                                       RICHARD SEEBORG
17                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-70284 PVT